IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Oak Park Animal Hospital, Ltd.,

Plaintiff(s),

v.

Nextmune US, LLC et al,

Defendant(s).

Case No. 22-cv-2213
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

      which ☐ includes        pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: It is hereby ordered that this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis.


Date:  5/30/2023                                    Thomas G. Bruton, Clerk of Court

                                                                              Rhonda Johnson, Deputy Clerk